## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In re:                                    *

G. WARE TRAVELSTEAD,      ———FILED———ENTERED    Case No: 96-5-4979-ESD
                          ———LODGED——*—RECEIVED              (Chapter 11)

    Debtor.                          *
    *       *       *       *   *APR 7  2000   *       *       *       *       *

                                          AT BALTIMORE
                                      CLERK U.S. DISTRICT COURT
G. WARE TRAVELSTEAD, BY                DISTRICT OF MARYLAND

                                                      DEPUTY
    Plaintiff,                       *

v.                                        *        Adv. Pro. No: 99-5735-ESD

RAY VELAZQUEZ, *et al.*,                   *        Civil No.     CCB 00-cv-872

    Defendants.                      *
    *       *       *       *       *   *       *       *       *       *       *

### STIPULATION EXTENDING TIME TO RESPOND TO
### MOTION FOR LEAVE TO APPEAL

    G. Ware Travelstead, Plaintiff and, Ray Velazquez and Calypso Acquisition Corporation,

Defendants, hereby stipulate that Plaintiff will have until April 17, 2000 to respond to the

Defendant's Motion for Leave to Appeal.

Kenneth Oestreicher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-9401
*Attorneys for Plaintiff*

Jay A. Shulman, Esquire
Timothy F. McCormack, Esquire
Gordon Feinblatt Rothman Hoffberger & Hollander LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4137
*Attorneys for Defendants*

SO ORDERED:

CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE
*1270861*

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

APR 6 2000

UNITED STATES DISTRICT JUDGE

# WHITEFORD, TAYLOR & PRESTON
### L.L.P.

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

40 COLUMBIA CORPORATE CENTER
10440 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044
TELEPHONE 410 884-0700
FAX 410 884-0719

KENNETH OESTREICHER
DIRECT NUMBER
410 347-9401
koestreicher@wtplaw.com

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
Fax 410 347-9414
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20046-5405
TELEPHONE 202 659-6800
FAX 202 551-0575

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

April 6, 2000

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

APR _ 6 2000

UNITED STATES DISTRICT JUDGE

***Via Hand Delivery***
Honorable Catherine C. Blake
United States District Court Judge
United States District Court
  for the District of Maryland (Northern Division)
4415 United States Court House
101 West Lombard Street
Baltimore, Maryland  21201

> **Re:    In Re: G. Ware Travelstead**
> **Bankruptcy No. 96-5-4979-ESD; Adversary No. 99-5735-ESD**
> **Civil No. CCB 00-cv-872**

Dear Judge Blake:

Enclosed is the Stipulation to Extend Time for Plaintiff to Respond to Motion for Leave to Appeal, signed by all parties. In the event that the Court has any questions regarding this matter, or if we can be of assistance, please do not hesitate to contact us.

Respectfully yours,

Kenneth Oestreicher

Enclosure

cc:    Jay A. Shulman, Esquire

KO:pxr

*1270897*