IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD, | * | Case No. 96-5-4979-ESD |
| | | (Chapter 11) |
| Debtor. | * | |
| * * * * * * | * | |
| G. WARE TRAVELSTEAD, | * | |
| Plaintiff, | * | |
| v. | * | Adversary No. 99-5735-ESD |
| RAY VELAZQUEZ et al., | * | Civil No. CCB 00-cv-872 |
| Defendants. | * | |

* * * * * * * * * * * * *

**STIPULATION EXTENDING TIME TO FILE REPLY TO MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO APPEAL
ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT**

G. Ware Travelstead, Plaintiff, and Ray Velazquez and Calypso Acquisition Corporation, Defendants, hereby stipulate that Defendants will have until May 5, 2000 to file a reply to the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Leave to Appeal Order Denying Defendants' Motion to Dismiss Complaint.

_____
Kenneth Oestreicher, Esquire
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland 21202
(410) 347-9401

_____
Jay A. Shulman, Esquire
Timothy F. McCormack, Esquire
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4137

Attorneys for the Plaintiff

Attorneys for the Defendants

SO ORDERED:

_____
United States District Judge

PLD0191-C561-01
4/27/00